UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX 7th AMENDED PLAN** (indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Karen Schiff                                     CASE NO. 16-18226

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $814.18   for months 1 to 4;
    B.   $383.14   for months 5 to 6;
    C.   $320.52   for months 7 to 60; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $4175.00   Total Paid $3190.00
               Attorney's Fee - $3,500.00 plus $150.00 costs), Motion to Avoid Jud.Liens: $525.00
               Balance Due  $985.00 payable $164.17/mo  (Mos. 1 to 6)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Wells Fargo Home Mortgage #-0194        Pay: $566.00/mo MMM (Mos 1 to 4)
POB 14411
Des Moines IA 50306
(*debtor to pay taxes & insurance directly)

David Ludwig                              Pay: $9872.00 (value of non-exempt personalty)
1900 Consulate PL #1005              Pay: $10.00/mo (Mos 1 to 4)
West Palm Beach FL 33401           Pay: $184.13/mo (Mos 5 to 6)
                                               Pay: $175.26/mo (Mos 7 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507] -

City of Boynton Beach               Total Due $5,730.00
100 E. Boynton Beach Blvd         payable: $106.12/mo (Mos 7 to 60)
Boynton Beach FL 33425-0310

<u>Unsecured Creditors</u>: Pay $10.00/ mo. (Months 7 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Karen Schiff*
Debtor