**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX EIGHTH AMENDED PLAN** (indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: KAREN SCHIFF                                               CASE NO.  16-18226-BKC-PGH

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.    $814.18   for months 1 to 4;
   B.    $383.14   for months 5 to 6; and
   C.    $320.52   for months 7 to 60 in order to pay the following creditors:

Administrative:  Attorney's Fee - $4,175.00   Total Paid $3,190.00
                 $3,500.00 plus $150.00 costs
                 Motion to Avoid Jud.Liens: $525.00
                 Balance Due  $985.00 payable $164.17 /mo  (Mos. 1 to 6)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Wells Fargo Home Mortgage #-0194           Pay: $566.00/mo. MMM (Mos 1 to 4)
POB 14411
Des Moines IA 50306
#0194

**(Debtor to deal directly with Wells Fargo after month)**

David Ludwig                               Pay: $9,872.00 (value of non-exempt personalty)
1900 Consulate PL #1005                    Pay: $10.00/mo.(Mos 1 to 4)
West Palm Beach FL 33401                   Pay: $184.13/mo.(Mos 5 to 6)
                                           Pay: $175.26/mo.(Mos 7 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507] -

City of Boynton Beach                      Total Due  $5,730.00
100 E. Boynton Beach Blvd                  payable: $106.12/mo (Mos 7 to 60)
Boynton Beach FL 33425-0310


Unsecured Creditors:  Pay $10.00/ mo. (Months 7 to 60).  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions not Included above: WELLS FARGO (#0194) will dealt with directly after month 4.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/S/ROBERT J. BIGGE, JR., ESQ.*
for KAREN SCHIFF, Debtor

Dated: 3/21/2017